| AUSA: | Kathryn Boyles | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Agent: | Wayne Williams | Telephone: | (313) 926-4700 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Gubier Jonathan PEREZ-JACOB

Case No. 2:25-mj-30488
Judge: Unassigned,
Filed: 08-04-2025 At 11:53 AM
CMP USA V. Gubier Jonathan Perez-Jacob (da)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 28, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about July 28, 2025, in the Eastern District of Michigan, Southern Division, Gubier Jonathan PEREZ JACOB, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 13, 2011 at or near Laredo, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: August 4, 2025

*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Gubier Jonathan PEREZ-JACOB, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a)(2), unlawful re-entry following removal, has been committed by Gubier Jonathan PEREZ-JACOB

4. Gubier Jonathan PEREZ-JACOB is a thirty-three-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about August 22, 2009, PEREZ-JACOB was arrested by United States Border Patrol Agents near Tucson, Arizona.  He was granted a voluntary return and was returned to Mexico.

6. On or about November 28, 2011, PEREZ-JACOB was arrested by United States Border Patrol Agents near Detroit, Michigan after a call for assistance from Wayne County Sheriff's Department (WCSD). WCSD issued a citation to PEREZ-JACOB for solicitation of a prostitute.. He was processed as a warrant of arrest/notice to appear.

7. On or about December 7, 2011, PEREZ-JACOB was ordered removed by an immigration judge in Detroit, Michigan.

8. On or about December 13, 2011, PEREZ-JACOB was removed from the United States through Laredo, Texas.

9. On or about January 22, 2025, PEREZ-JACOB was arrested by the Detroit Police Department for assault (excluding sexual). This was a misdemeanor and was not prosecuted.

10. On or about July 28, 2025, PEREZ-JACOB was arrested by United States Border Patrol Agents near Detroit, Michigan after a call for assistance from WCSD on a traffic stop. WCSD issued a citation to PEREZ-JACOB for solicitation of prostitution. He is being prosecuted for reinstatement of deport order.

11. Gubier Jonathan PEREZ-JACOB's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that PEREZ-JACOB is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that PEREZ-JACOB legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 829) for Gubier Jonathan PEREZ-JACOB and queries in Department of Homeland Security databases confirm no record exists PEREZ-JACOB obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on December 13, 2011.

14. Based on the above information, I believe there is probable cause to conclude that Gubier Jonathan PEREZ-JACOB, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Hon. D̶a̶v̶i̶d̶ ̶R̶.̶ ̶G̶r̶a̶n̶d̶  Elizabeth A. Stafford
United States Magistrate Judge

Date:  August 4, 2025

3